In the Matter of: Rodney Dale COSTON and Billie Katherine Coston, Debtors.

Rodney Dale COSTON and Billie Katherine Coston, Appellants,

v.

BANK OF MALVERN, Appellee.

No. 92–4399.

United States Court of Appeals, Fifth Circuit.

Jan. 4, 1993.

Josh Henslee, Dale Long, Tyler, Tex., for appellants.

---

Woodrow M. Roark, Tyler, Tex., for appellee.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, E. GARZA, and DeMOSS, Circuit Judges.

By The Court:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.